UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: MGM GRAND DETROIT, LLC
Discrimination Ligation,

                                                CIVIL NO. 03-CV-73135

         v.                     HONORABLE NANCY G. EDMUNDS

                                     MAGISTRATE JUDGE R. STEVEN WHALEN

_____/

**ORDER GRANTING MOTION FOR CLARIFICATION**

Defendant has filed a motion for reconsideration or clarification [Docket #59] of this Court's July 26, 2006 Order granting its Motion to Compel [Docket #42].

Defendant apparently perceives some ambiguity or conflict between the Court's statements on the record on July 25, 2006, and its written order of July 26, 2006. While the Court has some difficulty seeing any material conflict–indeed, the written order was granted in part and denied in part "for the reasons and under the terms stated on the record on July 25, 2006"–in order to avoid even the possibility of confusion, IT IS ORDERED THAT the Defendant's Motion for Clarification [Docket #59] is GRANTED, and the July 26, 2006 order [Docket #57] is amended to read as follows:

    "Before the Court is Defendant's Motion to Compel Discovery [Docket

    #42], which has been referred for hearing and determination pursuant to 28

    U.S.C. §636(b)(1)(A). **For the reasons and under the terms stated on the**

-1-

**record on July 25, 2006**, Defendant's Motion is GRANTED IN PART

AND DENIED IN PART.

SO ORDERED"

                                      S/R.  Steven Whalen
                                      R.  STEVEN WHALEN
                                      UNITED STATES MAGISTRATE JUDGE

Dated:  August 16, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 16, 2006.

                                      S/Gina Wilson
                                      Judicial Assistant