UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD FERRELL, et al.,

       Plaintiffs,               Case No.  03-73135

v.                                District Judge Nancy G. Edmunds
                                   Magistrate Judge R. Steven Whalen

MGM GRAND DETROIT, LLC.,

       Defendant.

_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL**

Before the Court is Plaintiff's Motion to Compel Discovery [Docket #60], filed August 12, 2006.  For the reasons and under the term stated on the record on September 7, 2006, Plaintiff's Motion is GRANTED.  Defendant shall produce documents and answer interrogatories, as set forth on the record, within 10 days of the date of this Order.

    SO ORDERED.

                                              S/R. Steven Whalen
                                              R. STEVEN WHALEN
                                              UNITED STATES MAGISTRATE JUDGE

Dated: September 7, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 7, 2006.

S/Gina Wilson
Judicial Assistant